**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**


| | | |
|---|---|---|
| PENNSYLVANIA STATE SYSTEM OF HIGHER EDUCATION, LOCK HAVEN UNIVERSITY, | : | No. 632 MAL 2018 |
| | : | |
| | : | |
| | : | Petition for Allowance of Appeal from |
| Petitioner | : | the Order of the Commonwealth Court |
| | : | |
| | : | |
| v. | : | |
| | : | |
| | : | |
| ASSOCIATION OF PENNSYLVANIA STATE COLLEGE AND UNIVERSITY FACULTIES, | : | |
| | : | |
| | : | |
| | : | |
| Respondent | : | |


## ORDER


**PER CURIAM**

    **AND NOW**, this 6th day of March, 2019, the Petition for Allowance of Appeal is **DENIED** and the Application for Stay be **DENIED** as moot.